By the Court.
 

 This being a penal act, is to he construed strictly. The case of the Defendant is not within the letter of the act. The offence charged against the Defendant, for which the forfeiture is sought to be-recovered, is,
 
 u
 
 acting as a justice, of the peace after the act went into operation, without resigning his appointment as deputy-clerk of the County Court.” If subse
 
 *487
 
 quently to the passing of the act,
 
 he had accepted
 
 the ap-pointnient of deputy-clerk, his office of justice of the peace would have been thereby vacated : If, being deputy-clerk, he had
 
 subsequently
 
 to the passing of the act
 
 accepted
 
 the office of justice of the peace, his appointment as deputy-clerk would thereby have been vacated. This must be construed to be the
 
 true intent
 
 aiul
 
 meaning
 
 of-the act: and the act declares, that if any person shall presume to act
 
 in any of the said
 
 offices, contrary to the
 
 true intent
 
 and
 
 meaning
 
 of the act, he shall forfeit fifty pounds'. The Defendant’s case does not come within either branch of the act. He did not, after the passing thereof, either
 
 ac-eepl
 
 the
 
 appointment of deputy-clerk,
 
 or
 
 the office of justice of the peace.
 
 He held both, béfore the act passed. Let: judgment be entered for the Defendant.